IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ORIN BATTLES,

    Petitioner,

v.                                                                         4:19cv216–WS/MJF

MARK S. INCH,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 36) docketed July 6, 2021. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be DENIED. Petitioner has filed objections (ECF No. 43) to the magistrate judge's report and recommendation.

The undersigned has reviewed the record in light of Petitioner's objections but finds no basis upon which to reject the magistrate judge's report and recommendation. Like the magistrate judge, the undersigned finds that Petitioner procedurally defaulted the claims he presented in his federal petition. He is not

entitled to relief under 28 U.S.C. § 2254.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 36) is ADOPTED and incorporated by reference into this order.

2. Petitioner's § 2254 habeas corpus petition (ECF No. 1) is DENIED.

3. A certificate of appealability is DENIED.

DONE AND ORDERED this   5th   day of    November   , 2021.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE